## BUCKLES ET AL. *v.* PEOPLES GAS LIGHT & COKE CO.

No. 442.   Decided December 3, 1962.

*Stanley B. Balbach* for appellants.

*Clarence H. Ross* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## STONYBROOK, INC., *v.* CONNECTICUT.

No. 470.   Decided December 3, 1962.

*Francis M. Shea, Lawrence J. Latto, Alfred L. Scanlan* and *Richard T. Conway* for appellant.

*James J. O'Connell* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.